## John Weisenborn et al. v. The People of the State of Illinois, use of, etc.

1. **This Case** follows the preceding one. Appeal from the Circuit Court of Monroe County; the Hon. George W. Wall, Judge, presiding. Affirmed. Opinion filed March 23, 1895.

Turner & Holder and Rickert & Gauen, attorneys for appellants.

WILLIAM WINKELMAN, attorney for appellees.

MR. PRESIDING JUSTICE SCOFIELD DELIVERED THE OPINION OF THE COURT.

This case is identical in all essential particulars with another case entitled Weisenborn et al. v. The People, decided at the present term of this court, except as to the clerk's term of office, which in this case was from 1888 to 1892, and except as to the amount of damages recovered, which in this case was the sum of $165.75. The demurrer to the declaration was properly overruled. See the opinion in the case above referred to and also the opinion in the case of Weisenborn et al. v. The People, 53 Ill. App. 32, where our views of the law are fully expressed. The judgment is affirmed.